# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSAIN D. VAHIDALLAH,<br><br>         Plaintiff,<br>vs.<br>SAN DIEGO HOUSING COMMISSION, et al.,<br><br>         Defendants. | CASE NO. 07 CV 0371 JM (CAB)<br><br>**ORDER GRANTING EXTENSION** |

On October 29, 2007, the court dismissed Plaintiff's complaint without prejudice for failure to state a claim. The court granted Plaintiff 30 days' leave to amend from the date of entry of that order. Plaintiff now requests an additional 15 days to amend his complaint. (Docket no. 43, filed November 28, 2007, nunc pro tunc to November 26, 2007.) Defendants oppose the motion on the grounds that (1) the request is untimely, (2) Plaintiff does not meet the excusable neglect standard for untimely requests, and (3) Plaintiff did not comply with Local Civil Rule 7.1.

As Plaintiff's ex parte application was filed before the expiration of the time allowed for amendment, the request is not untimely. The decision whether to grant a timely request for an extension of time lies well within the court's discretion. See also Karim-Panaki v. Los Angeles Police Dept., 839 F.2d 621, 623 (9th Cir. 1998) (setting forth rule of liberal construction accorded to civil

//

//

1  rights plaintiffs appearing pro se).  Accordingly, the court hereby **GRANTS** Plaintiff's motion and
2  **ORDERS** Plaintiff to file his amended complaint no later than 15 days from the date of this order.
3      **IT IS SO ORDERED.**
4  **DATED:  November 30, 2007**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

6  cc:     All parties