# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSAIN D. VAHIDALLAH,<br><br>           Plaintiff,<br>   vs.<br><br>SAN DIEGO HOUSING COMMISSION, et al.,<br><br>           Defendants. | CASE NO. 07 CV 0371 JM (CAB)<br><br>**ORDER DENYING MOTION FOR ENTRY OF JUDGMENT AS MOOT** |

On August 6, 2008, Defendants San Diego Housing Commission and Juan Galvan moved for entry of judgment. (Doc. no. 66.) In light of the clerk's judgment (see Doc. no. 67), the court hereby **DENIES** the motion as moot.

**IT IS SO ORDERED.**

**DATED: August 7, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**

cc:       All parties